IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABDULRAZAK BATUN,<br><br>                Plaintiff,<br><br>vs.<br><br>OMAHA HOUSING AUTHORITY, CLIFFORD SCOTT, CINDY COSENTINO,<br><br>                Defendants. | 8:14CV217<br><br>ORDER |

      The defendants have explained their failure to timely file a response to the plaintiff's complaint. The explanation, a transition to new in-house counsel and the extensive detail and work required by that transition, adequately responds to the court's show cause order. (Filing No. 17). The same evidence warrants a finding of excusable neglect. That is, while the defendants made a mistake by failing to timely file an answer, they are promptly attempting in good faith to correct that mistake, and granting their motion to file an answer, (Filing No. 20), will promote the court's goal of reaching a just resolution of this case on the merits.

      Accordingly,

      IT IS ORDERED that Defendants' motion for leave to file an answer, (Filing No. 20), is granted, and the defendants' answer, a copy of which is attached to its motion, shall be filed on or before March 18, 2015.

      March 13, 2015.

                                                                 BY THE COURT:

                                                                 *s/ Cheryl R. Zwart*
                                                                 United States Magistrate Judge