IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ABDULRAZAK BATUN, | ) | 8:14CV217 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| OMAHA HOUSING AUTHORITY, | ) | |
| CLIFFORD SCOTT, and CINDY | ) | |
| COSENTINO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before me on Plaintiff's Objection to Court Orders. (Filing 26.) In the Motion, Plaintiff objects to Magistrate Judge Zwart's Order granting Defendants leave to file an untimely answer (filing 22) and Judge Zwart's Scheduling Order (filing 24). Plaintiff's Motion is denied.

IT IS ORDERED that Plaintiff's Objection to Court Orders (filing 26) is denied.

DATED this 15th day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.