IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABDULRAZAK BATUN,<br><br>        Plaintiff,<br><br>vs.<br><br>OMAHA HOUSING AUTHORITY, CLIFFORD SCOTT, CINDY COSENTINO,<br><br>        Defendants. | **8:14CV217**<br><br>**AMENDED PROGRESSION ORDER** |

A final progression order was filed on May 4, 2015 setting the trial before the undersigned Magistrate Judge, (Filing no. 38).   However, all parties have not consented to disposition of the case by a United States Magistrate Judge.  Accordingly, the case has been assigned U. S. District Judge Richard G. Kopf for final disposition.  The undersigned will remain the assigned Magistrate Judge for judicial supervision of case progression and the processing of all non-dispositive pretrial matters.  The final progression order is amended as follows:

1) The non-jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on April 4, 2016, or as soon thereafter as the case may be called, for a duration of five (5) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

Dated this 11th day of May, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge