IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABDULRAZAK BATUN,<br><br>   Plaintiff,<br><br>vs.<br><br>OMAHA HOUSING AUTHORITY, CLIFFORD SCOTT, CINDY COSENTINO,<br><br>   Defendants. | **8:14CV217**<br><br>**ORDER** |

The Motion to Withdraw filed by Attorney George B. Achola as counsel on behalf of Defendants Cindy Cosentino, Omaha Housing Authority, and Clifford Scott, (Filing No. 44), is granted.

June 18, 2015.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge